UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LORETTA JEAN JACKSON,
    Plaintiff,
v.

TRINITY HEALTH-MICHIGAN,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:23-cv-00725

## ORDER DENYING LEAVE TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

This is a civil action brought under 42 USC § 2000e. On November 21, 2023, the Court entered an order and judgment dismissing the action. Plaintiff now has filed a notice of appeal and a motion for leave to proceed *in forma pauperis* on appeal. (ECF Nos. 20, 22).

When the Court dismissed Plaintiff's complaint, the Court concluded that any appeal of the equitable tolling issue and the exhaustion issue would be frivolous and would not be taken in good faith. Because of that certification, Plaintiff is not eligible to proceed on appeal *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

IT IS ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (ECF No. 22) is DENIED. If Plaintiff wishes to proceed with her appeal, she must pay the $605.00 appellate fee to the Clerk of this Court within 28 days of this order. See 28 U.S.C. §§ 1913, 1917; 6 Cir. I.O.P. 3; Court of Appeals Miscellaneous Fee Schedule § 1 (Dec. 1, 2023). Alternatively, Plaintiff may file a motion for leave to proceed *in forma pauperis* in the Court of Appeals pursuant to the requirement set forth in Fed. R. App. P. 24(a)(5).

IT IS SO ORDERED.

Date: January 16, 2024

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge